IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MALSUM MANLEY CAIBAIOSAI,<br><br>Defendant. | CR 13-44-M-DWM<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on June 13, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Malsum Manley Caibaiosai's guilty plea after Caibaiosai appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered his plea of guilty to one count of the theft of government property in violation of 18 U.S.C. § 641, as set forth in Count I of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Count III of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 30), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Malsum Manley Caibaiosai's motion to change plea (Doc. 23) is GRANTED and he is adjudged guilty of Count I of the Indictment.

DATED this 8th day of July, 2014.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT